IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TORIN SMITH**                                                                 **PLAINTIFF**
**ADC #164194**

v.                             No. 3:24-cv-147-DPM

**BI HAVEN INVESTMENTS,**
**Investment Company, Super 8 Motel**                       **DEFENDANT**

### ORDER

Smith filed this case in the Eastern District of Arkansas. Based on the pleaded facts, and the defendant's residence, venue is proper in the Western District of Arkansas. 28 U.S.C. § 1391(b). This case also appears closely related to one before the Honorable Susan O. Hickey of that district. *Smith v. Patel, et al.*, No. 4:21-cv-4035-SOH (W.D. Ark.). The Court finds that the interests of justice are best served by transferring this case. 28 U.S.C. § 1406(a). The Court directs the Clerk to transfer the case file to the United States District Court for the Western District of Arkansas. The transfer is immediate because the receiving Court is in the Eighth Circuit too. *E.g., In re Nine Mile Limited*, 673 F.2d 242 (8th Cir. 1982).

So Ordered.

                                   _WPMarshall Jr._
                                   D.P. Marshall Jr.
                                   United States District Judge

                                   _8 October 2024_